# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ROBERTO HERNANDEZ PLACERES,**
**A# 088 788 099,**

    Petitioner,

vs.                                         Case No. 4:17cv252-WS/CAS

**JEFF SESSIONS, et al.,**

    Respondents.

_____/

## REPORT AND RECOMMENDATION

Petitioner, proceeding pro se, submitted an "emergency petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241." ECF No. 1.[1] However, because Petitioner did not pay the $5.00 filing fee or submit an in forma pauperis motion at the time of case initiation, an Order was entered on June 7, 2017, directing Petitioner to do one or the other. ECF No. 3. That Order has been returned to the Clerk of Court as undeliverable. ECF No. 4. The notation written on the return envelope states "not in jail." *Id.*

---

[1] Because the petition was titled as an "emergency petition," review was undertaken in an abundance of caution. ECF No. 3. No emergency situation was described, however, so the Order advised that the petition would be treated in the usual manner. *Id.*

Additionally, an effort was made to locate Petitioner using the Detainee Locator System from the United States Immigration and Customs Enforcement's website without success. Therefore, because it appears that Petitioner is no longer in custody, and because mail is not able to reach Petitioner, this § 2241 habeas petition should be dismissed.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute pursuant to Rule 41(b).

**IN CHAMBERS** at Tallahassee, Florida, on June 23, 2017.

S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**
**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**