UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERTO HERNANDEZ PACERES,
A# 088 788 099,

    Petitioner,

v.                                                                             4:17cv252–WS/CAS

JEFF SESSIONS, et al.,

    Respondents.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 5) docketed June 23, 2017. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed for failure to prosecute.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The petitioner's petition for writ of habeas corpus and this action are hereby DISMISSED for failure to prosecute.

3. The clerk shall enter judgment stating: "All claims are DISMISSED."

DONE AND ORDERED this ___29th___ day of ___June___, 2017.

                        s/ William Stafford
                        WILLIAM STAFFORD
                        SENIOR UNITED STATES DISTRICT JUDGE